IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:    FLOYD C. TOLSON           )
          ANNA L. TOLSON            )    Case No. 09-10861-NLJ
                                    )    Chapter 13
                    Debtors.        )

## OBJECTION TO CONFIRMATION OF
## CHAPTER 13 PLAN

COMES NOW **Universal Mortgage Corporation** and objects to the confirmation of the Chapter 13 plan filed on behalf of the Debtors.

In support of its objection, Mortgagee represents and shows unto the court the following:

1.  The Mortgagee is the holder of a claim secured only by a lien upon the residence of the Debtor.

2.  The proposed plan:

    a.  the plan fails to provide for the payment of the arrearage as set forth in the Proof of Claim filed herein ($18,513.77) with interest.

WHEREFORE, Universal Mortgage Corporation prays that the court deny confirmation of the Chapter 13 plan.

                 S/Bret D. Davis
                 BRET D. DAVIS #15079
                 Lamun Mock Cunnyngham & Davis, PC
                 5613 N. Classen Blvd.
                 Oklahoma City, Oklahoma 73118
                 (405) 840-5900

CERTIFICATE OF SERVICE

      I hereby certify that on the <u>1st</u> day of December, 2009, a copy was electronically forwarded or I mailed a true and correct copy of the above and foregoing Objection with postage thereon fully prepaid to the following and all parties claiming an interest in the subject property:

Floyd C. Tolson
12500 E. Cemetery Road
Noble, OK 73068

Same George Caporal
426 NW 9th
Oklahoma City, OK 73102

John T. Hardeman
P.O. Box 1948
Oklahoma City, OK 73101

United States Bankruptcy Trustee
215 Dean A. McGee Ave.
Oklahoma City, OK 73102

                              S/Bret D. Davis
                              Bret D. Davis